IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHIRLEY A. HARRIS,
    Plaintiff,

vs.                                       Case No. 5:10cv24/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

**O R D E R**

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 3).

    Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. For example, in one section of the affidavit of financial status Plaintiff indicates that she does not own any real property while in another section she indicates a monthly mortgage payment of $300.00. Additionally, while Plaintiff reports debts totaling $20,425.00, she fails to note the amount paid monthly, if any, toward those debts. Also, while she states that her husband earns $12.70 per hour, Plaintiff fails to identify his monthly income. Based on the information provided by Plaintiff in her instant application, the court is unable to determine Plaintiff's actual monthly income or expenses and thus her eligibility to proceed in forma pauperis.

    In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application.

    Accordingly, it is **ORDERED**:

    1.     Plaintiff's motion to proceed in forma pauperis (Doc. 3) is **DENIED** without prejudice. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay

the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

2. Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 12th day of February 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**